In the Matter of CLINTON COUNTY et al., Petitioners, and TOWN OF BROADALBIN et al., Appellants, v ADIRONDACK PARK AGENCY et al., Respondents. (And Another Action/ Proceeding.)

Decided November 22, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.